# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **DARREN JOHNSON,** <br> Plaintiff, <br> vs. <br> **KALAT, BAILEY, and T. COBB,** <br> Defendants. | 2:21-CV-10085 <br><br> **JUDGMENT** |

In accordance with the opinion and order issued on this date, **DENYING** application to proceed without prepaying the filing fee,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

Dated at Detroit, Michigan: April 30, 2021

KINIKIA D. ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE